COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Brett Agee and Garvin, Agee, Carlton & Mashburn, P.C.

Appellate case number:    01-22-00759-CV

Trial court case number:   2020-35091

Trial court:            125th District Court of Harris County

On October 19, 2022, relators, Brett Agee and Garvin, Agee, Carlton & Mashburn, P.C., filed a petition for writ of mandamus contending that the trial court erred because it "failed to grant [r]elators' motion to dismiss . . ., motion to abate . . ., [and] motion for summary judgment." Relators further contend that the trial court erred by "fail[ing] to recognize that [r]elators were dismissed" from the underlying litigation pursuant to "an amended petition . . . which omitted all claims against relators" filed by real party in interest Brent W. Coon, P.C.

In connection with their mandamus petition, relators filed a motion for temporary relief, requesting that "all action against [relators] be stayed pending final action" on the petition for writ of mandamus.[1]

Relators' motion for temporary relief is **denied**.

It is so ORDERED.

Judge's signature: ___/s/Amparo Guerra_____
                          ☑ Acting individually    ☐ Acting for the Court

Date: ___October 20, 2022____

---

[1] The motion for temporary relief filed by relators with this Court bears the style of the underlying litigation pending in the 125th District Court of Harris County, Texas. However, the motion states that "[a] similar motion is also being filed with the Court of Appeals." While no separate "similar motion" has been filed with this Court, we construe the motion filed with the trial court as relators' request for temporary relief in the form of a stay of trial court proceedings.